UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE ESTATE OF KRISTINA ANN FIEBRINK, *by special administrator Nathaniel Cade, Jr.*, THE ESTATE OF ANGELICA M. FIEBRINK, JOSE D. MARTINEZ, JR., and ROBERT MARTINEZ,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ARMOR CORRECTIONAL HEALTH SERVICES, INC., DR. KAREN RONQUILLO-HORTON, BROOKE SHAIKH, VERONICA WALLACE, BRITENY R. KIRK, EVA CAGE, BRANDON DECKER, MILWAUKEE COUNTY, DAVID A. CLARKE, JR., RICHARD R. SCHMIDT, LATISHA AIKENS, BRIAN PIASECKI, JENNIFER MATTHEWS, LATRAIL COLE, LATOYA RENFRO, EVANSTON INSURANCE COMPANY, WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION, NANCY EVANS, KEVIN NYKLEWICZ, WISCONSIN HEALTH CARE LIABILITY INSURANCE PLAN, and JOHN DOES 1–20,<br><br>　　　　　　　Defendants. | Case No. 18-CV-832-JPS<br><br><br><br><br><br><br><br>**ORDER** |

　　　　Defendants have filed a number of dispositive motions with respect to Plaintiffs' original complaint. (Docket #20, #30, #32, #42, and #53). By

agreement of the parties, (Docket #40 at 2 and #49), Plaintiffs were permitted to respond to the motions by October 16, 2018. They did so by filing an amended complaint. (Docket #57). When an amended complaint is filed, it becomes the controlling pleading and the prior pleading is withdrawn. *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008). Thus, all of the dispositive motions have been rendered moot and will be denied as such. Should Defendants wish to renew any of these motions, they must be re-filed and directed at the operative pleading. To the extent the arguments in the renewed motions will have changed little between the original and amended complaints, the Court encourages the parties to stipulate to an expedited briefing schedule so that the motions may be addressed promptly.

Accordingly,

**IT IS ORDERED** that Defendants' various dispositive motions directed at the original complaint (Docket #20, #30, #32, #42, and #53) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 18th day of October, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge