UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

THE ESTATE OF KRISTINA ANN
FIEBRINK, by Special Administrator
Nathaniel Cade, Jr.; THE ESTATE OF
ANGELICA M. FIEBRINK; JOSE D.
MARTINEZ, JR.; and ROBERT MARTINEZ,    Case No. 2:18-cv-00832-JPS

        Plaintiffs,

  v.

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., et al.,
        Defendants.

___

## STIPULATION OF DISMISSAL
___

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel, that any and all claims asserted against Defendants Evanston Insurance Company, Wisconsin Health Care Liability Insurance Plan, Dr. Karen Ronquillo-Horton, Brooke Shaikh, David A. Clarke, Jr., Richard R. Schmidt, Nancy Evans, Kevin Nyklewicz, Brian Piasecki, Jennifer Matthews, and Latoya Renfro are hereby dismissed with prejudice, without costs—inclusive of crossclaims, counterclaims, and affirmative defenses the may relate to the dismissed defendants' potential liability. The Parties further agree that those defendants may be removed from the case caption.

| | |
|---|---|
| /s/ William F. Sulton | /s/ Randall R. Guse |
| MARK L. THOMSEN<br>WILLIAM F. SULTON | LORI GENDELMAN<br>RANDALL R. GUSE |
| Gingras Cates & Wachs LLP<br>Suite 330<br>219 N. Milwaukee Street<br>Milwaukee, WI 53202<br>414-778-0700 | Gingras Cates & Wachs LLP<br>Suite 330<br>219 N. Milwaukee Street<br>Milwaukee, WI 53202<br>414-778-0700 |
| *Attorneys for Plaintiffs Estate of Kristina Ann Fiebrink and Robert Martinez* | *Attorneys for Defendants Dr. Karen Ronquillo-Horton and Wisconsin Health Care Liability Insurance Plan* |
| /s/ James J. Gende II | /s/ Eric L. Andrews |
| JAMES J. GENDE II | EMERY K. HARLAN<br>ERIC L. ANDREWS<br>CARLOS R. PASTRANA |
| Gende Law Offices S.C.<br>Suite 200<br>2300 Roundy Drive<br>Pewaukee, WI 53072<br>414-970-8500 | MWH Law Group LLP<br>Suite 610<br>735 N Water Street<br>Milwaukee, WI 53202 |
| *Attorneys for Plaintiffs Estate of Kristina Ann Fiebrink, Estate of Angelica M. Fiebrink and Jose D. Martinez* | *Attorneys for Defendants Armor Correctional Health Services, Inc., Brandon Decker, and Brooke Shaikh* |
| /s/ David J. Lang | /s/ Benjamin A. Sparks |
| DAVID J. LANG<br>CHRISTOPHER P. KATERS<br>KEVIN G. RAASCH | SAMUEL C. HALL, JR.<br>BENJAMIN A. SPARKS |
| Judge Lang & Katers LLC<br>Suite 101<br>8112 W Bluemound Road<br>Wauwatosa, WI 53213<br>414-777-0778 | Crivello Carlson S.C.<br>Suite 500<br>710 N Plankinton Avenue<br>Milwaukee, WI 53203<br>414-271-7722 |
| *Attorneys for Plaintiffs Estate of* | *Attorneys for Defendants Milwaukee County, David A. Clarke, Jr., Richard* |

| | |
|---|---|
| *Kristina Ann Fiebrink, Estate of Angelica M. Fiebrink and Jose D. Martinez* | *R. Schmidt, Nancy Evans, Kevin Nyklewicz, Brian Piasecki, Jennifer Matthews, Latoya Renfro, Latrail Cole, Latisha Aikens and Wisconsin County Mutual Insurance Corporation* |
| */s/ Chad M. Skarpiak* | */s/ John J. Ried* |
| CHAD M. SKARPIAK<br>MICHAEL R. SLOVIS | JOHN J. REID<br>RONALD E. NERODA<br>R. FLETCHER KOCH |
| Cunningham, Meyer & Vedrine P.C.<br>Suite 2200<br>1 E Wacker Drive<br>Chicago, IL  60601<br>312-578-0049 | Cassiday Schade LLP<br>Suite 2100<br>111 E Wisconsin Avenue<br>Milwaukee, WI 53202<br>414-224-1086 |
| *Attorneys for Defendant Veronica Wallace* | *Attorneys for Defendants Eva Cage and Briteny R. Kirk* |
| */s/ Christopher J. Nadeau* | |
| CHRISTOPHER J. NADEAU<br>RHANI A. ELRAHMAN | |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>Suite 2100<br>10 S Wacker Drive<br>Chicago, IL  60601<br>312-585-1456 | |
| *Attorneys for Defendant Evanston Insurance Company* | |