UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF KRISTINA ANN FIEBRINK,
by Special Administrator Nathaniel Cade, Jr.,
THE ESTATE OF ANGELICA M. FIEBRINK,
JOSE D. MARTINEZ JR., and ROBERT MARTINEZ,
    Plaintiffs,

   v.

ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
VERONICA WALLACE LPN, BRITENY R. KIRK LPN,
EVA CAGE, KPN, BRANDON DECKER APNP,
MILWAUKEE COUNTY, LATISHA AIKENS, LATRAIL
COLE, and WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,
    Defendants.

Case No: 18-CV-832-JPS

---

## NOTICE OF APPEAL

Notice is given that the Plaintiffs, the Estate of Kristina Ann Fiebrink by Special Administrator Nathaniel Cade, Jr., the Estate of Angelica M. Fiebrink, Jose D. Martinez Jr., and Robert Martinez, by and through their attorneys, appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's Decision and Order, dated May 3rd, 2019 (D. 307).

Dated at Wauwatosa, Wisconsin this 3rd day of June, 2019.

          **JUDGE, LANG & Katers, LLC**
          /s/David J. Lang
          David J. Lang
          SBN 1001218
          8112 W. Bluemound Rd., Suite 101
          Wauwatosa, WI 53213
          Telephone: (414) 777-0778
          Facsimile: (414) 777-0776
          Email: dlang@jlk-law.com

          **GENDE LAW OFFICES SC**

          BY: s/ James J. Gende II
          James J. Gende II
          (SBN: 1030921)
          **P.O. ADDRESS:**

N28 W23000 Roundy Dr. Ste 200
Pewaukee, WI 53072
P: (262) 970-8500
F: (262) 970-7100
Email: jgende@jamesgendelaw.com

Attorneys for Estate of Angelica M. Fiebrink, Estate of Kristina A. Fiebrink, and Jose Martinez, Jr.

**GINGRAS, CATES & WACHS, LLP**

BY: /s/ William F. Sulton
William F. Sulton
State Bar No. 1070600
Mark L. Thomsen
State Bar No. 1018839
**P.O. ADDRESS:**
3228 Turnberry Oak Dr.
Suite 210
Waukesha, WI 53188
T: (414) 935-5482
F: (414) 778-1770
Email: mthomsen@gcwlawyers.com

Attorneys for The Estate of Kristina A. Fiebrink And Robert Martinez