CASSIDAY SCHADE LLP

CASSIDAY SCHADE LLP  MILWAUKEE
330 EAST KILBOURN AVENUE, SUITE 575   MILWAUKEE, WISCONSIN 53202
OFFICE 414 224 1086   FAX 414 224 6044   CASSIDAY.COM

January 7, 2020

WRITER'S DIRECT DIAL 44.977.3890

Jreid@cassiday.com

Judge J. P. Stadtmueller
United States Courthouse Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202Re

> Re : The Estate of KRISTINA ANN FIEBRINK, by Special Administrator NATHANIEL CADE JR.; The Estate of ANGELICA M. FIEBRINK, JOSE D. MARTINEZ, JR., and ROBERT MARTINEZ v. ARMOR CORRECTIONAL HEALTH SERVICE, INC.; AND DR. KAREN RONQUILLO-HORTON; BROOKE SHAIKH, APNP; VERONICA WALLACE, LPN; BRITENY R. KIRK, LPN; EVAN CAGE, LPN; BRANDON DECKER, APNP; AND MILWAUKEE COUNTY, A MUNICIPAL CORPORATION; AND DAVID A. CLARKE, JR.; RICHARD R. SCHMIDT; LATISHA AIKENS; BRIAN PIASECKI; JENNIFER MATTHEWS; LATRAIL COLE; LATOYA RENFRO; AND JOHN DOES 1-10; JOHN DOES 11-20;
> AND EVANSTON INSURANCE COMPANY; AND WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION
> Court No.: 18 cv 000832
> Our File No.: 044449/19964/JJR/MHW/JCM

Dear Judge Statdtmueller :

    I am one of the attorneys representing defendants Briteny Kirk and Eva Cage in the above captioned matter. We have filed a Motion to Dismiss, which is currently pending. We wanted to advise that a settlement agreement has been reached between Kirk and Cage and the Plaintiffs and, as such, the motion is effectively moot and no further briefing is expected. We will provide the necessary settlement paperwork and proposed orders to the Court once finalized. We would be happy to provide any additional information to the court should it so require.

Very truly yours,
Cassiday Schade LLP

*John J. Reid*

cc: ATTORNEYS FOR DEFENDANT, ARMOR CORRECTIONAL HEALTH SERVICES, INC., BRANDON DECKER and BROOKE SHAIKH:
Eric L. Andrews, Esq.
Emery K. Harlan, Esq.

    Carlos R. Pastrana, Esq.
    MWH Law Group, LLP
    735 N. Water Street
    Suite 610
    Milwaukee WI 53202
    eric.andrews@mwhlawgroup.com
    emery.harlan@mwhlawgroup.com
    Carlos.pastrana@mwhlawgroup.com

    Christopher P. Katers, Esq.
    David J. Lang, Esq.
    Kevin G. Raasch, Esq.
    Judge Lang & Katers, LLC
    8112 West Bluemond Road
    Suite 101
    Wauwatosa WI 53213

    ckaters@jlk-law.com
    dlang@jlk-law.com
    kraasch@jlk-law.com
    Mark L. Thomsen, Esq.
    Gingras, Cates & Wachs, LLP
    3228 Turnberry Oak Drive
    Suite 210
    Waukesha WI 53188

    James J. Gende II, Esq.
    Gende Law Offices, SC
    2300 Roundy Drive
    Suite 200
    Pewaukee, WI 53072

    Benjamin Sparks
    Crivello Carlson, S.C.
    bsparks@crivellocarlson.com

9373388 JREID;CWELSH