# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE ESTATE OF KRISTINA ANN FIEBRINK by Special Administrator Nathaniel Cade, Jr., THE ESTATE OF ANGELICA M. FIEBRINK, JOSE D. MARTINEZ, JR., and ROBERT MARTINEZ,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ARMOR CORRECTIONAL HEALTH SERVICES INC., BRITENY R. KIRK, EVA CAGE, BRANDON DECKER, MILWAUKEE COUNTY, LATISHA AIKENS, WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION, and JOHN DOES 1–20,<br><br>　　　　　　　　　　Defendants. | Case No. 18-CV-832-JPS<br><br><br><br>**ORDER** |

Early yesterday I became aware of the tragic incident which had occurred at the Milwaukee County Jail on Sunday evening, January 5, 2020, involving my nephew and godson who was being held awaiting extradition to the State of New York on state charges related to prescription drugs.

In accordance with 28 U.S.C. § 455(a), as the randomly assigned trial judge in the above-captioned case, I am obliged to recuse myself from any further participation in this case currently scheduled for a jury trial to commence on Monday, February 10, 2020.

Accordingly,

**IT IS ORDERED** that the Clerk of the Court, in consultation with the Circuit Executive and Chief District and Circuit Judges, take all appropriate and necessary steps to randomly reassign this matter to another judge, ensuring that the trial will move forward as currently scheduled.

Dated at Milwaukee, Wisconsin, this 7th day of January, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge